**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOZISLAINE SEBASTIAO PERIEIRA DE SOUSA** | **CIVIL ACTION** |
| **Petitioner,** | |
| **v.** | |
| | **NO.  26-CV-4797** |
| **J.L. JAMISON, el al.** | |
| **Respondents.** | |

**O R D E R**

**AND NOW**, this 21st  day of July, 2026, upon consideration of Petition Jozislaine Sebastiao Perieira de Sousa's Petition for Writ of Habeas Corpus (ECF No. 1) and Emergency Motion for Temporary Restraining Order (ECF No. 2), as well as the Defendants' Response in Opposition (ECF No. 7), it is **HEREBY ORDERED** that Petitioner De Sousa's Petition is **DENIED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that Petitioner De Sousa's Motion for Temporary Restraining Order (ECF No. 2) is **DENIED AS MOOT**.

The Clerk of the Court is **DIRECTED** to terminate this case and mark it **CLOSED**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**